IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD WALLACE, III, and ) <br> CLAIRE MILLER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LITIGATION COUNSEL OF AMERICA, LLC, ) <br> and GLEN STEVEN HENRY, ) <br> ) <br> Defendants. | Civil Action No. <br><br> 2:10-CV-01481-TMP |

## PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL

Plaintiffs move the Court for leave to dismiss with prejudice Count I of the Complaint. All other counts remain. Defendants consent to the dismissal.

> Respectfully submitted,
> s/ Adam M. Porter
> Adam M. Porter
> Attorney for Plaintiffs
> 2301 Morris Avenue, Suite 102
> Birmingham, Alabama 35203
> (205) 322-8999

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Timothy M. Fulmer, Esq. and Joseph P. Schilleci, Jr., Esq. Natter & Fulmer, 3800 Colonnade Parkway, Suite 450 Birmingham, Alabama 35243 and Keith Gann, Esq. Huie, Fernambucq & Stewart, LLP Three Protective Center 2801 Highway 280 S Ste 200 Birmingham, AL 35223-2484 that there are no non-CM/ECF participants in this case.

> s/ Adam M. Porter
> Attorney for Plaintiffs