IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD WALLACE, III, ) | |
| CLAIRE MILLER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 2:10-cv-1481-TMP |
| ) | |
| LITIGATION COUNSEL OF ) | |
| AMERICA, LLC, and GLEN STEVEN ) | |
| HENRY, ) | |
| ) | |
| Defendants. ) | |

## PARTIAL DISMISSAL

Pursuant to the plaintiffs' motion for partial dismissal and with consent of the defendants, Count I of the complaint is hereby DISMISSED WITH PREJUDICE. The rest of the complaint remains pending.

DONE this 18th day of April, 2011.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE